Opinion filed November 9, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed November 9, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00203-CV 

                                                    __________

 

                                          MIKE SEILER, Appellant

 

                                                             V.

 

                                       R.
KENT BURGESS, Appellee

 



 

                                          On
Appeal from the 90th District Court

 

                                                       Stephens
County, Texas

 

                                                   Trial
Court Cause No. 29,180

 



 

                                             M
E M O R A N D U M   O P I N I O N

Mike Seiler has filed in this court a motion to
dismiss the appeal.  Seiler states in the
motion that a Notice of Withdrawal of Notice of Appeal has been filed in the
trial court.  Seiler=s motion is granted, and the appeal is
dismissed.

 

November
9, 2006                                                                   PER
CURIAM

Do not publish.  See Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., McCall, J.,
and Strange, J.